UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. 15-262-HRW

DAVID W. SCONCE,                                               PETITIONER,

v.                                 **ORDER**

DON BOTTOM, *Warden*,                                  RESPONDENT.

This matter is before the Court upon Jonathon Johnson's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 [Docket No. 1]. The matter was submitted to United States Magistrate Judge Hanly A. Ingram for Report and Recommendation.

Magistrate Judge Ingram recommends that the Petition for Writ of Habeas Corpus be transferred to the United States District Court for the Central District of California [Docket No. 2]. Petitioner has not filed an objection to the Report and Recommendation and the time for doing so has passed.

After carefully considering the record, the Court finds the report and recommendation well taken and shall adopt the same as and for its own opinion.

Accordingly, **IT IS THEREFORE ORDERED AND ADJUDGED**,

(1)      that the Magistrate Judge's Report and Recommendation [Docket No. 2] is hereby **APPROVED** and **ADOPTED** as and for the Court's opinion; and

(2)      the Petition for Writ of Habeas Corpus be **TRANSFERRED** to the United States District Court for the Central District of California.

This 2nd day of October, 2015.



Signed By:
*Henry R. Wilholt, Jr.*
United States District Judge